IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parker-Moore, Alecsia

Printed: 7/8/08

Case Number: 08 B 00161
Judge: Squires, John H
Filed: 1/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Cherry Brook | Secured | 3,066.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 25,350.00 | 0.00 |
| 5. | Herbert M Kanter D D S | Unsecured | 41.00 | 0.00 |
| 6. | Cherry Brook | Unsecured | 23.69 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 1,945.24 | 0.00 |
| 8. | Investigation And Recovery | Unsecured | 148.30 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 81.73 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 81.26 | 0.00 |
| 11. | S & S Financial Services | Unsecured | 177.62 | 0.00 |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | First Premier | Unsecured |  | No Claim Filed |
| 14. | Gary P Balas DDS | Unsecured |  | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | Northern Leasing System | Unsecured |  | No Claim Filed |
| 17. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 18. | Northern Leasing System | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,914.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Parker-Moore, Alecsia | Case Number:  08 B 00161 |
| | Judge:  Squires, John H |
| Printed:  7/8/08 | Filed:  1/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

